IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| L. RICHARD PLUNKETT, PLUNKETT FAMILY L.P., CLARK S. PLUNKETT IRREVOCABLE TRUST, through L. Richard Plunkett in the capacity of trustee, CLARK S. PLUNKETT, P. SHAWN PLUNKETT, ROBERT J. MCCAMY, MCCAMY CAPITAL LLC, ROBERT J. MCCAMY, JR. TRUST, through Robert J. McCamy in the capacity of trustee, CLARE SHAW MCCAMY TRUST, through Robert J. McCamy in the capacity of trustee, MARIAN MCCAMY HOUK TRUST, through Robert J. McCamy in the capacity of trustee, ANDREW M. HEAD, and MARY STUART MCCAMY TRUST, through Robert J. McCamy in the capacity of trustee, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:10CV3184 |
| v. | ) ) | |
| VISTA RESOURCES, INC., VISTA A&S 2006-1 LLC, VISTA OIL & GAS, INC., DAVID M. NICKLAS, and CLARK R. NICKLAS, | ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) ) | |

The records of the court show that on September 24, 2010, (Filing No. 33), a letter was sent to attorney Jennifer M. Greenfield from the Office of the Clerk directing that she register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.").

As of November 8, 2010, the attorney has not complied with the request set forth in the letter from the Office of the Clerk.

IT THEREFORE HEREBY IS ORDERED,

On or before November 22, 2010, Attorney Jennifer M. Greenfield shall register for the System or show cause by written affidavit why she cannot comply with the rules of the court.

DATED this 8th day of November, 2010.

BY THE COURT:
s/ *Cheryl R. Zwart*
United States Magistrate Judge