IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| L. RICHARD PLUNKETT, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | 4:10CV3184 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| VISTA RESOURCES, INC., et. al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Attorney Jennifer M. Greenfield has advised the court that she will not be representing the plaintiffs in this forum.

Accordingly,

IT IS ORDERED:

1) Jennifer M. Greenfield is terminated as counsel of record in this case; and

2) The clerk shall terminate the November 22, 2010 show cause deadline set by this court's memorandum and order, filing no. 58.

DATED this 15th day of December, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge